UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

JAMIE JARRETT,

                              Plaintiff,

         -against-

THE CITY OF NEW YORK, DETECTIVE IDRIS
MOJEED #2339, DETECTIVE DOUGLAS CORSO,
DETECTIVE KINGSLEY WIGGAN AND JOHN
DOE #1-3,

                             Defendants.
-----------------------------------------------------------------x

**STIPULATION AND
ORDER OF DISMISSAL**

12CV0293 (WFK) (RER)

        **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that the above-referenced action is hereby dismissed with prejudice.

Stoll, Glickman & Bellina, LLP
Attorneys for Plaintiff
475 Atlantic Avenue, 3rd Floor
Brooklyn, NY 11217
(718) 852-3710 x103

_/s/ Nicholas Mindicino_
Nicholas H. Mindicino
Attorney for Plaintiff

Dated: New York, New York

_____, 2013

MICHAEL A. CARDOZO
Corporation Counsel of the City of New York
Attorney for Defendants City of New York,
Mojeed, Corso and Wiggan
100 Church Street, Rm. 3-183
New York, New York 10007

_/s/ Liza Sohn_
Liza Sohn
Assistant Corporation Counsel

SO ORDERED:

_____
HON. WILLIAM F. KUNTZ
UNITED STATES DISTRICT JUDGE